United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
George A Thomas  
Kelle A Thomas  
    Debtors

Case No. 11-10196-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Mar 27, 2017  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2017.  
db/jdb     +George A Thomas, Jr.,    Kelle A Thomas,    3 Park Avenue,    Norwood, PA 19074-1014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2017 at the address(es) listed below:  
       CHRISTIAN A. DICICCO    on behalf of Debtor George A Thomas, Jr.  
        cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com  
       CHRISTIAN A. DICICCO    on behalf of Joint Debtor Kelle A Thomas  
        cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com  
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pennymac corp, by pennymac loan services, llc its servicing agent bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       KARROLLANNE CAYCE    on behalf of Creditor    Pennymac corp, by pennymac loan services, llc its servicing agent ecfmail@aldridgepite.com,    kcayce@ecf.inforuptcy.com  
       KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, NA as Servicer for   Wachovia Mortgage Corporation amps@manleydeas.com  
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       THOMAS R. WASKOM    on behalf of Creditor    Citizens Bank kbell@hunton.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| George A Thomas, Jr. | : | Bankruptcy No. 11-10196 |
| Kelle A Thomas | : | |
| | : | |
| Debtor | : | |

### O R D E R

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim filed by **Citizens Bank**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS to Claim Number 1-1 on the Claims Register forthwith**.

3. **Citizens Bank** shall file redacted copies of the documents(s) identified in Paragraph 2 above within 14 days from the date of the entry of this Order.

_____
UNITED STATES BANKRUPTCY JUDGE
**STEPHEN RASLAVICH**

Dated:

**Dated: March 27, 2017**